■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TROY JACKSON, Appellant. [939 NYS2d 854]—Order, Supreme Court, New York County (Arlene D. Goldberg, J.), entered on or about June 15, 2009, which adjudicated defendant a level two sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court properly exercised its discretion when it declined to grant a downward departure to risk level one (*see People v Mingo*, 12 NY3d 563, 568 n 2 [2009]; *People v Johnson*, 11 NY3d 416, 421 [2008]). Defendant did not demonstrate any mitigating factors not taken into account by the risk assessment instru-

ment that would warrant a downward departure. Furthermore, the mitigating factors cited by defendant were outweighed by the seriousness of the underlying sex offense, as well as defendant's criminal history. Concur—Tom, J.P., Saxe, Acosta, DeGrasse and Román, JJ.